# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE RODNEY, | Case No. CV 15-02984 DDP (AFM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: November 9, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE